THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO PUMA, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 1089.]